**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

June 19, 2008

Kathleen Millican                               Aggie B. Lee
Skikos, Crawford, Skikos                        Tucker Ellis & West
625 Market Street, 11th Floor                   515 S. Flower Street, 42nd Floor
San Francisco, CA 94105                         Los Angeles, CA 90071-2223

**Re:  MONICO PAYUMO  v. GENERAL ELECTRIC CO.**
       C08-02975 (JCS)

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **July 3, 2008.** These forms can be found on the Court's website at www.cand.uscourts.gov.

                                      Sincerely,

                                        RICHARD W. WIEKING

                                        By: Karen L.Hom
                                            Deputy Clerk

Attachments

United States District Court
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7  MONICO PAYUMO,                           No. C 08-02975 JCS
8           Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
9        v.
10 GENERAL ELECTRIC CO., ET AL.,
11           Defendant(s).
12 _____/
13
14           CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16 in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
17 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
18 final judgment. Appeal from the judgment shall be taken directly to the United States Court of
19 Appeals for the Ninth Circuit
20
21 Dated: _____      _____
                                       Signature
22
23                                     Counsel for _____
                                       (Name or party or indicate "pro se")
24
25
26
27
28

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO PAYUMO,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>GENERAL ELECTRIC CO., ET AL.,<br><br>　　　　　　Defendant(s).<br>_____/ | No. C 08-02975 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　　　　　　(Name or party or indicate "pro se")

3