1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 S. Flower Street, 42nd Floor
   Los Angeles, CA 90071-2223
4  Telephone: (213) 430-3400
   Facsimile: (213) 430-3409
5  michael.zellers@tuckerellis.com
   mollie.benedict@tuckerellis.com
6  aggie.lee@tuckerellis.com

7  Attorneys for Defendants BRACCO
   DIAGNOSTICS INC. and
8  BRACCO RESEARCH USA INC.

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11 MONICO PAYUMO,                        ) Case No. C 08-02975 JCS
                                         )
12              Plaintiff,               )
                                         )
13 v.                                    )
                                         ) **PROOF OF SERVICE OF**
14 GENERAL ELECTRIC COMPANY;             ) **ADDITIONAL DOCUMENTS**
   GE HEALTHCARE, INC.; GE               )
15 HEALTHCARE AS; BAYER                  )
   CORPORATION; BAYER                    )
16 HEALTHCARE LLC; BAYER                 )
   HEALTHCARE                            )
17 PHARMACEUTICALS, INC. (f/k/a          )
   BERLEX, INC., f/k/a/ BERLEX           )
18 LABORATORIES, INC.); BAYER AG;        )
   BAYER SCHERING PHARMA AG              )
19 (f/k/a SCHERING AG); BAYER            )
   HEALTHCARE AG, BAYER                  )
20 GESELLSCHAFT FUR                      )
   BETEILIGUNGEN mbH, BAYER              )
21 SCHERING, GmbH (f/k/a DRITTE BV       )
   GmbH), SCHERING BERLIN, INC.;         )
22 MALLINCKRODT, INC.; TYCO              )
   HEALTHCARE GROUP, LP;                 )
23 BRACCO DIAGNOSTICS INC.;              )
   BRACCO RESEARCH USA, INC.;            )
24 ALTANA PHARMA AG; NYCOMED             )
   INTERNATIONAL MANAGEMENT              )
25 GmbH; MERRY X-RAY CHEMICAL            )
   CORPORATION; MCKESSON                 )
26 CORPORATION; and DOES 1-50,           )
                                         )
27              Defendants.              )

28 _____

PROOF OF SERVICE OF ADDITIONAL DOCUMENTS

11255.00002.610277.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I, Stella Barnakian, declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is TUCKER ELLIS & WEST LLP, 515 S. Flower Street, 42nd Floor, Los Angeles, California 90071-2223.

    On June 19, 2008, I served the foregoing document(s)

(1) **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

(2) **WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO – GUIDELINES**

(3) **DROP BOX FILING PROCEDURES**

(4) **PUBLIC NOTICE MAGISTRATE JUDGE**

(5) **U.D. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT**

(6) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

(7) **CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO**

(8) **STANDING ORDER RE: CASE MANAGEMENT CONFERENCE**

(9) **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

(10) **NOTICE OF RULE DISCONTINUING SERVICE BY MAIL**

(11) **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

(12) **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

TUCKER ELLIS & WEST LLP
515 S. Flower Street
42nd Floor
Los Angeles, CA 90071-2223

PROOF OF SERVICE OF ADDITIONAL DOCUMENTS

(13) **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by placing a true and correct copy, enclosed in a sealed envelope(s), addressed as follows:

Steven J. Skikos
Kathleen N. Millican
SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLICAN
625 Market Street, 11th Floor
San Francisco, CA 94105
(415) 546-7300
(415) 546-7301 (fax)

*Attorneys for Plaintiff*

(X)   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )   By Certified mail service return receipt requested, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )   By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( )   By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es) or on the attached service list.

( )   By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

(X)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 19, 2008, at Los Angeles, California.

_____/s/ Stella Barnakian_____