1  TUCKER ELLIS & WEST LLP
2  MICHAEL C. ZELLERS-STATE BAR NO. 146904
   MOLLIE BENEDICT-STATE BAR NO. 187084
3  AGGIE B. LEE-STATE BAR NO. 228332
   515 S. Flower Street, 42nd Floor
4  Los Angeles, CA 90071-2223
   Telephone: (213) 430-3400
5  Facsimile: (213) 430-3409
   michael.zellers@tuckerellis.com
6  mollie.benedict@tuckerellis.com
   aggie.lee@tuckerellis.com
7
   Attorneys for Defendants
8  BRACCO DIAGNOSTICS INC.
   and BRACCO RESEARCH USA INC.
9

10                    **UNITED STATES DISTRICT COURT**

11         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

12  MONICO PAYUMO,                              )  Case No. CV-08-2975 JCS
13                                              )
               Plaintiff,                       )  **STIPULATION OF PLAINTIFF AND**
14                                              )  **DEFENDANTS BRACCO**
    v.                                          )  **DIAGNOSTICS INC. AND BRACCO**
15                                              )  **RESEARCH USA INC. TO EXTEND**
                                                )  **DEFENDANTS' TIME TO FILE A**
16  GENERAL ELECTRIC COMPANY; GE                )  **RESPONSIVE PLEADING**
    HEALTHCARE, INC.; GE HEALTHCARE             )
17  AS; BAYER CORPORATION; BAYER                )
    HEALTHCARE LLC; BAYER                       )  (San Francisco County Superior Court, Case
18  HEALTHCARE PHARMACEUTICALS,                 )  No. CGC-08-475919)
    INC. (f/k/a BERLEX, INC., f/k/a/ BERLEX     )
19  LABORATORIES, INC.); BAYER AG;              )
    BAYER SCHERING PHARMA AG (f/k/a             )
20  SCHERING AG); BAYER HEALTHCARE              )
    AG, BAYER GESELLSCHAFT FUR                  )
21  BETEILIGUNGEN mbH, BAYER                    )
    SCHERING, GmbH (f/k/a DRITTE BV             )
22  GmbH), SCHERING BERLIN, INC.;               )
    MALLINCKRODT, INC.; TYCO                    )
23  HEALTHCARE GROUP, LP; BRACCO                )
    DIAGNOSTICS INC.; BRACCO                    )
24  RESEARCH USA, INC.; ALTANA                  )
    PHARMA AG; NYCOMED                          )
25  INTERNATIONAL MANAGEMENT GmbH;              )
    MERRY X-RAY CHEMICAL                        )
26  CORPORATION; MCKESSON                       )
    CORPORATION; and DOES 1-50,                 )
27                                              )
                                                )
28                                              )

STIPULATION OF PLAINTIFF AND DEFENDANTS BRACCO DIAGNOSTICS INC. AND BRACCO
RESEARCH USA INC. TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING
CV-08-2975 JCS

LAimanage/11255/00013/610407/1

|   |   |
|---|---|
| 1 | Defendants. ) |
| 2 | ) |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, and based upon the agreement between counsel for Plaintiff Monico Payumo and Defendants Bracco Diagnostics Inc. and Bracco Research USA Inc., it is hereby stipulated as follows:

The time for Defendants Bracco Diagnostics Inc. and Bracco Research USA Inc., to move or plead to Plaintiff's Complaint shall be extended from June 23, 2008 to July 23, 2008. Plaintiff's counsel authorized an extension for Defendants to move or plead on June 23, 2008.

DATED:  JUNE 23, 2008                    TUCKER ELLIS & WEST LLP

By: /s/ Aggie B. Lee
  Michael C. Zellers
  Mollie F. Benedict
  Aggie B. Lee
  Attorneys for Defendants
  BRACCO DIAGNOSTICS INC.
  and BRACCO RESEARCH USA INC.

DATED:  JUNE 23, 2008                    SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLICAN

By: /s/ Steven J. Skikos
  Steven J. Skikos
  Kathleen N. Millican
  Attorneys for Plaintiff MONICO PAYUMO