TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
BRACCO DIAGNOSTICS INC.
and BRACCO RESEARCH USA INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICO PAYUMO, | Case No.  CV-08-2975 JCS |
| Plaintiff, | **STIPULATION OF PLAINTIFF AND DEFENDANTS BRACCO DIAGNOSTICS INC. AND BRACCO RESEARCH USA INC. TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE AS; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC. (f/k/a BERLEX, INC., f/k/a/ BERLEX LABORATORIES, INC.); BAYER AG; BAYER SCHERING PHARMA AG (f/k/a SCHERING AG); BAYER HEALTHCARE AG, BAYER GESELLSCHAFT FUR BETEILIGUNGEN mbH, BAYER SCHERING, GmbH (f/k/a DRITTE BV GmbH), SCHERING BERLIN, INC.; MALLINCKRODT, INC.; TYCO HEALTHCARE GROUP, LP; BRACCO DIAGNOSTICS INC.; BRACCO RESEARCH USA, INC.; ALTANA PHARMA AG; NYCOMED INTERNATIONAL MANAGEMENT GmbH; MERRY X-RAY CHEMICAL CORPORATION; MCKESSON CORPORATION; and DOES 1-50, | (San Francisco County Superior Court, Case No. CGC-08-475919) |

LAimanage/11255/00013/610407/1

| | |
|---|---|
| Defendants. | ) |
| | ) |
| _____ | ) |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, and based upon the agreement between counsel for Plaintiff Monico Payumo and Defendants Bracco Diagnostics Inc. and Bracco Research USA Inc., it is hereby stipulated as follows:

The time for Defendants Bracco Diagnostics Inc. and Bracco Research USA Inc., to move or plead to Plaintiff's Complaint shall be extended from June 23, 2008 to July 23, 2008. Plaintiff's counsel authorized an extension for Defendants to move or plead on June 23, 2008.

DATED:  JUNE 23, 2008                    TUCKER ELLIS & WEST LLP


                                         By:  /s/ Aggie B. Lee
                                              Michael C. Zellers
                                              Mollie F. Benedict
                                              Aggie B. Lee
                                              Attorneys for Defendants
                                              BRACCO DIAGNOSTICS INC.
                                              and BRACCO RESEARCH USA INC.



DATED:  JUNE 23, 2008                    SKIKOS, CRAWFORD, SKIKOS, JOSEPH &

                                         MILLICAN


                                         By:  /s/ Steven J. Skikos
                                              Steven J. Skikos
                                              Kathleen N. Millican
                                              Attorneys for Plaintiff MONICO PAYUMO

Dated:  June 24, 2008

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF PLAINTIFF AND DEFENDANTS BRACCO DIAGNOSTICS INC. AND BRACCO
RESEARCH USA INC. TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING
CV-08-2975 JCS

LAimanage/11255/00013/610407/1