UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICO PAYUMO,

        Plaintiff(s),

    v.

GENERAL ELECTRICT CO., ET AL.,

        Defendant(s).

No. C 08-02975 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/2/08

Signature /s/ Aggie B. Lee

Counsel for Defendants Bracco Diagnostics Inc.
(Plaintiff, Defendant, or indicate "pro se") and Bracco Research USA Inc.