| | |
|---|---|
| 1 | Steven J. Skikos, Bar No. 148110 |
| 2 | Kathleen N. Millican, Bar No. 203691<br>**SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLICAN** |
| 3 | 625 Market Street, 11th Floor<br>San Francisco, California 94105 |
| 4 | (415) 546-7300<br>(415) 546-7301 fax |
| 5 | sskikos@skikoscrawford.com<br>kmillican@skikoscrawford.com |
| 6 | Attorneys for Plaintiff MONICO PAYUMO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONICO PAYUMO, | ) | CASE NO. C 08-02975JCS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| **GENERAL ELECTRIC COMPANY;** | ) | **[Fed. R. Civ. Pro. 41(a)(1)]** |
| **GE HEALTHCARE, INC.;** | ) | |
| **GE HEALTHCARE AS;** | ) | |
| **BAYER CORPORATION;** | ) | |
| **BAYER HEALTHCARE LLC;** | ) | |
| **BAYER HEALTHCARE** | ) | |
| PHARMACEUTICALS, INC. (f/k/a | ) | |
| BERLEX, INC., f/k/a BERLEX | ) | |
| LABORATORIES, INC.); | ) | |
| **BAYER AG;** | ) | |
| **BAYER SCHERING PHARMA AG (f/k/a** | ) | |
| SCHERING AG); | ) | |
| **BAYER HEALTHCARE AG;** | ) | |
| **BAYER GESELLSCHAFT FUR** | ) | |
| BETEILIGUNGEN mbH; | ) | |
| **BAYER SCHERING, GmbH (f/k/a DRITTE BV** | ) | |
| GmbH); | ) | |
| **SCHERING BERLIN, INC.;** | ) | |
| **MALLINCKRODT, INC.;** | ) | |
| **TYCO HEALTHCARE GROUP, LP;** | ) | |
| **BRACCO DIAGNOSTICS INC.;** | ) | |
| **BRACCO RESEARCH USA, INC.;** | ) | |
| **ALTANA PHARMA AG;** | ) | |
| **NYCOMED INTERNATIONAL** | ) | |
| MANAGEMENT GmbH; | ) | |
| | ) | |

| | |
|---|---|
| **MERRY X-RAY CHEMICAL CORPORATION;** <br> **McKESSON CORPORATION; and** <br> **DOES 1 – 50,** <br>                 Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

COMES NOW the plaintiff, MONICO PAYUMO, by and through his attorneys, Skikos, Crawford, Skikos, Joseph & Millican LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1) and hereby voluntarily dismisses without prejudice the instant action.

Dated:  July 2, 2008                             **SKIKOS, CRAWFORD, SKIKOS,** <br>
                                                **JOSEPH & MILLICAN LLP**

                                                By:  /s/ Kathleen N. Millican

                                                      Steven J. Skikos, Esq. <br>
                                                      Kathleen N. Millican, Esq. <br>
                                                      Attorneys for Plaintiff MONICO PAYUMO